UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIDIER BUENO CAPOTE, | No.  1:26-cv-05032-DAD-CSK |
| Petitioner, | |
| v. | ORDER DENYING MOTION FOR EXTENSION OF TIME AND ORDERING RESPONDENT TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE GRANTED |
| WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, | |
| Respondent. | (Doc. No. 6) |

On June 30, 2026, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by Immigration and Customs Enforcement ("ICE"). (Doc. No. 1.)  That same day, petitioner filed a motion for temporary restraining order.  (Doc. No. 2.)  On July 1, 2026, the court set a briefing schedule on petitioner's motion for temporary restraining order and directed respondent to file a written opposition no later than 5:00 PM on July 2, 2026.  (Doc. No. 4.)  Respondent did not file an opposition.  Instead, at 3:39 PM on July 3, 2026, twenty-two hours after its deadline to file an opposition, respondent filed an untimely motion for extension of time.  (Doc. No. 6.)  In that motion, respondent states that petitioner previously filed a habeas petition in Case No. 1:26-cv-03168-JLT-EPG, that he prevailed in that petition, and that accordingly respondent was ordered to provide petitioner with a bond hearing. (*Id.* at 1.)  Respondent states that petitioner "should be required to exhaust administrative

1

remedies before pursuing an additional habeas petition in this Court." (*Id.*)  However, respondent does not provide any reason why it failed to file a timely opposition as ordered, why it failed to file a timely motion for extension of time, or indeed any factual circumstance or legal argument which would justify extending the time for respondent to file an opposition by ten days.  The court cannot find good cause to extend respondent's time in these circumstances.

Accordingly, respondent's motion for an extension of time (Doc. No. 6) is DENIED. Additionally, the court ORDERS respondent to SHOW CAUSE in writing by no later than noon on July 8, 2026 why the petition should not be summarily granted in light of respondent's failure to comply with this court's orders and failure to timely oppose petitioner's petition or motion for temporary restraining order.

IT IS SO ORDERED.

Dated:   **July 6, 2026**                                  _____
                                                                    DALE A. DROZD
                                                                    UNITED STATES DISTRICT JUDGE

2